MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

PLACE Amarillo  JUDGE Mary Lou Robinson  DATE 11/1/05
REPORTER Stacy Morrison  MARSHAL Cindy Miller  DEPUTY Saulo/Smith
INTERPRETER Richard Perales / Ana Nunez  CSO Dennis Thomas  COURT TIME ___

## CIVIL ACTIONS

| Time | Case Number and Style - Type of Hearing and Results - Attys. Present |
|---|---|
| 9:00-9:30 | 2:04-CV-119-J Pre-Trial Conference in Courtroom  Pro se Julia Murray<br>Jose Amillar Jimenio<br>vs. J. Nunn, nfn Skinner, John Doe |
| 10:15 A.m. | Voir Dire |
| 11:20 A.m. | Jury seated & sworn<br>Opening Stmts |
| 11:35 A.m. | Trial Begins |
| 3:08 p.m. | Π Rests<br>Δ makes Motion for Rule 50 Judgment Court denied motion |
| 3:49 p.m. | Δ Rests |
| 4:00 p.m. | Parties Close<br>Δ renew their mot for Judgment - Court orally denied motion - |
| 4:30 p.m. | Reading of Charge |
| 4:57 p.m. | Closing Arguments  OVER... |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 2005
CLERK, U.S. DISTRICT COURT
By ___ Deputy

5:17 p.m. Jury Retires to deliberate

6:00 p.m. Jury Returns Verdict

EX in closet