*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
NOV - 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSE AMILLAR TRIMINIO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:04-CV-119-J |
| § | |
| Assistant Warden JOE NUNN and KATHY § | |
| SKINNER, § | |
| § | |
| Defendants. § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers of the attached questions and return such answers in open court, and under the instructions of the Court, as our verdict in this cause.

_____
FOREPERSON

DATE: Nov. 1, 05

Answer Question No. 1.

## QUESTION NO. 1:

Do you find, by a preponderance of the evidence, that Assistant Warden JOE NUNN or KATHY SKINNER violated Plaintiff JOSE AMILLAR TRIMINIO's constitutional rights by failing to take reasonable steps to protect him from violence at the hands of other inmates?

Answer "Yes" or "No" separately as to each defendant..

JOE NUNN:        No
KATHY SKINNER:   No

If you answered "YES" to Question No. 1 as to any defendant, then answer Question No. 2 as to that defendant. Otherwise do not answer Question No. 2.

## QUESTION NO. 2:

Do you find, by a preponderance of the evidence, that Defendants Assistant Warden JOE NUNN or KATHY SKINNER are entitled to qualified immunity from liability from Plaintiff JOSE AMILLAR TRIMINIO?

Answer "Yes" or "No" separately as to each defendant..

JOE NUNN:             _____

KATHY SKINNER:       _____

If you answered "YES" to Question No. 1 as to any defendant, but "NO" to question 2 for the same defendant, then answer Question No. 3 and 4. Otherwise, do not answer question No. 3 or 4.

### QUESTION NO. 3:

What sum of money, if paid now in cash, would fairly and reasonably compensate JOSE AMILLAR TRIMINIO for the injuries he has suffered as a result of the actions of Defendant Assistant Warden JOE NUNN and KATHY SKINNER.

Answer in dollars and cents, if any.

Answer: $_____

Answer Question No. 4 for only any defendant for whom you answered no to Question No. 2.

### **QUESTION NO. 4**:

What sum of money should be assessed against Defendants Assistant Warden JOE SKINNER and KATHY SKINNER, and awarded to JOSE AMILLAR TRIMINIO as exemplary damages, as defined in the Court's Instructions?

Answer in dollars and cents, if any, separately as to each defendant.

JOE NUNN: _____

KATHY SKINNER: _____